07/22/2025 GRANTED. THE DEADLINE FOR THE DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT IS EXTENDED THROUGH AND INCLUDING AUGUST 6, 2025.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>Compass Medical, P.C.,<br><br>Debtor. | Chapter 7<br>Case No.: 23-10886-CJP |
| John J. Aquino, Chapter 7 Trustee of Compass Medical, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>Healthequity, Inc.<br><br>Defendant. | A.P. No.: 25-01073 |

**MOTION TO EXTEND THE DEADLINE
FOR DEFENDANT HEALTHEQUITY, INC. TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

John J. Aquino, the duly appointed Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Compass Medical P.C., respectfully requests this Court extend the deadline for Defendant Healthequity, Inc. ("Defendant") to answer or otherwise respond to the Complaint filed by the Trustee to August 6, 2025. Defendant needs additional time to gather the information necessary to respond to the Complaint and discuss a potential resolution with the Trustee.